# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN M. SMITH, | |
| Plaintiff, | Case No. 1:17-cv-05781 |
| v. | Honorable Judge Jorge L. Alonso |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SUSAN M. SMITH and the Defendant DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 20, 2018

Respectfully Submitted,

**SUSAN M. SMITH**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**DIVERSIFIED CONSULTANTS, INC.**

*/s/ Daniel W. Pisani (with consent)*
Daniel W. Pisani
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel, LLC
120 S. LaSalle Street, Suite 1930
Chicago, IL 60603
Phone: (312) 578-0994
dpisani@sessions.legal